UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LAVORIS LEACH, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) | **JUDGMENT** |
| v. ) <br> ) | No. 4:15-CV-21-RN |
| CAROLYN W. COLVIN, ) <br> *Acting Commissioner of Social Security,* ) <br> ) <br> Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings, DENIES Defendant's Motion for Judgment on the Pleadings, and directs that the Commissioner's final decision be remanded for further consideration.

This Judgment Filed and Entered on January 5, 2016 with service on:
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)

Date: January 5, 2016                                      JULIE RICHARDS JOHNSTON, CLERK

                                                           Lauren Herrmann, Deputy Clerk